AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MONDHER TABOUBI

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1138-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in _____ county, in the _____ District of _____ defendant(s) did, (Track Statutory Language of Offense)

SEE ATTACHMENT A FOR DATES OF OFFENSES, CHARGING LANGUAGE, AND STATUTORY CITATIONS.

in violation of Title ____ United States Code, Section(s) ____.

I further state that I am a(n) Special Agent, ICE    and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/31/05                                at         Boston, Massachusetts
Date                                                City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE                  Judith Gail Dein
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# ATTACHMENT A

### COUNT ONE

On or about August 10, 2004, in the District of Massachusetts, the defendant MONDHER TABOUBI, knowingly and intentionally was about to transport monetary instruments of more than ten thousand dollars ($10,000) at one time, that is, approximately $35,617 in United States currency, from a place inside the United States to a place outside the United States, without filing a Report of International Transportation of Currency or Monetary Instruments Form, as required by 31 Code of Federal Regulations, Section 103.23, in violation of Title 31, United States Code, Sections 5316(a)(1)(A) and 5322(a).

### COUNT TWO

On or about December 14, 2004, in the District of Massachusetts, the defendant MONDHER TABOUBI, in a matter within the jurisdiction of the executive branch of government of the United States, did knowingly and willfully make false, fictitious and fraudulent statements, when he provided false information to Special Agents of the Bureau of Immigration and Customs Enforcement, Department of Homeland Security, concerning the source of the monies that were in his possession as he attempted to leave the United States on August 10, 2004, in violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT THREE

On or about May 12, 2005, in the District of Massachusetts, the defendant MONDHER TABOUBI, in a matter within the jurisdiction of the executive branch of government of the United States, did knowingly and willfully make false, fictitious and fraudulent statements, when he provided false information to Special Agents of the Bureau of Immigration and Customs Enforcement, Department of Homeland Security, concerning the source of the monies that were in his possession as he attempted to leave the United States on August 10, 2004, in violation of Title 18, United States Code, Section 1001(a)(2).

✎JS 45  (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: _____   Category No. __II__   Investigating Agency __ICE__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name __Mondher Taboubi__   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __91 Garfield Street, Quincy, Massachusetts__

Birth date (Year only): __1966__  SSN (last 4 #): __5867__  Sex __M__  Race: _____   Nationality: __Tunisia__

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Jeffrey Auerhahn__   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __8/31/05__   Signature of AUSA: _____

en

≶JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Mondher Taboubi

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  31 USC 5316 & 5322 | Failure to report exporting monetary | 1 |
| Set 2  18 USC 1001(a)(2) | False statements | 2 and 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**