UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No. 05M-1138-JGD |
| | ) |
| MONDHER TABOUBI, | ) |
| Defendant | ) |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until the arrest of the defendant. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                            By:
                                                      JEFFREY AUERHAHN
                                                      Assistant U.S. Attorney

Dated: August 31, 2005

*[handwritten margin note: 8/31/05 allowed / Judith Gail Dein, USMJ]*