UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05M-1138-JGD |
| | ) | |
| MONDHER TABOUBI | ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## AFFIDAVIT AND COMPLAINT

The United States of America hereby moves this Court to direct that the complaint and affidavit be unsealed. In support of this motion, the government states that the defendant was arrested on September 7, 2005, and that there is no further reason to keep these documents secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jeffrey Auerhahn
Assistant U.S. Attorney

Date: September 26, 2005

MOTION ALLOWED
By the Court
Thomas F. Quinn
Deputy Clerk 9/26/05
Dein, MJ