AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSAChusetts__

UNITED STATES OF AMERICA

V.

MONDHER TABOUBI

**WAIVER OF PRELIMINAR EXAMINATION OR HEARI (Rule 5 or 32.1, Fed. R. Crim.**

CASE NUMBER: 05M 1138 JGD

I, __MONDHER TABOUBI__, charged in a ☒ complaint ☐ petition pending in this District

in violation of __18__, U.S.C., __1001__
__31__           __5316, 5322__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right prelim- inary ☐ examination ☒ hearing.

9/27/05
Date

/s/ Defendant

/s/ Counsel for Defendant